UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MOHAMADOU DUKURAY,

Defendant.
-----------------------------------------------------------X

19 Cr. 0242 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the sentencing held today, the Court orders the defendant is sentenced to TIME SERVED, subject to the following conditions: Supervised Release of Two (2) years in the district of residence. The defendant is to be released forthwith. See transcript for details.

Dated: New York, New York
January 2, 2020

SO ORDERED

PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020