# MAHER & PITTELL, LLP

### ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

March 25, 2021

Hon. Paul A. Crotty
U.S. District Court Judge
U.S. District Court
500 Pearl St.
New York, NY 10007

*3/29/2021*

*Please return the passport*

*So Ordered*

*Paul A Crotty*
*USDJ*

Re:     *U.S. v. Dukuray* 19 cr 242

Dear Judge Crotty:

I am counsel for Mohamadou Dukuray in the above referenced matter.

When Mr. Dukuray was arrested, and presented before the Duty Magistrate, he was released on a bond.  A condition of the bond required he surrender his passport to the Pretrial Services Agency.

Mr. Dukuray has been sentenced in this case. As such, the initial bond has been discharged. However, Pretrial Services is still in possession of his passport. It is my understanding that Pretrial Services will not return the passport absent a court order.

Mr. Dukuray does not have an official New York state identification document.  He is scheduled to attend a job interview next week which was arranged by his Probation Officer.  He informs that he needs to present a valid form of identification at the interview and that a passport is acceptable.

Wherefore, based upon the foregoing, I respectfully request Your Honor, by endorsement of this letter, issue an Order authorizing the return of Mr. Dukuray's passport.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:     Ni Qian, AUSA (by ECF)
Maritza Almonte, USPO